570 A.2d 985

STATE OF NEW JERSEY v. JOHN D. MCCAFFREY.

December 5, 1989.

Petition for certification denied.

570 A.2d 985

ALVINA KIMMERT v. FRANK R. LEOGRANDE.

December 5, 1989.

Petition for certification denied.

570 A.2d 986

MARY F. DAVIES AND ROBERT DAVIES, HER HUSBAND v. J.R.V., INC., THE TOWNSHIP OF NUTLEY, AND THE COUNTY OF ESSEX AND TILFRIEND CORP., D/B/A ONE HOUR MAR-TINIZING.

December 5, 1989.

Petition for certification denied.

570 A.2d 986

ROSALIE SIMON v. ARNOLD SIMON.

December 5, 1989.

Petition for certification denied.